**AFFIDAVIT OF SERVICE** Index #: 07 CIV 8737
Date Purchased: October 10, 2007

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK COUNTY

Date Filed:
Court Date:

ATTORNEY(S): Kathleen A. Zebrowski Esq. : U.S. Attorney's Office - SDNY  PH: 212-637-2710
ADDRESS: 86 Chambers Street  New York N.Y. 10007  File No.:

### UNITED STATES OF AMERICA,
vs.
### AUGUSTINE ADESANMI,

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU  SS.:

DAVID LEVINE, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On October 29, 2007 at 9:32 AM at 1469 BURKE AVENUE BRONX, NY 10469, deponent served the within **Summons and Verified Complaint**

with Index Number 07 CIV 8737, and Date Purchased October 10, 2007 endorsed thereon,
on: **AUGUSTINE ADESANMI**, **Defendant** therein named.

#1 INDIVIDUAL [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [ ]  By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON [X]  By delivering a true copy of each to AUGUSTINE ADESANMI JR. SON a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [X] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY [X]  On October 31, 2007, deponent completed service under the last two sections by depositing a copy of the Summons and Verified Complaint to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called

thereat on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____

#6 NON-SRVC [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

#7 DESCRIPTION [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex Male  Color of skin Black  Color of hair Black  Age 21 - 35 Yrs.  Height 5' 9" - 6' 0"  Weight Over 200 Lbs.  Other Features: _____

#8 WIT. FEES [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [X]  Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER

Sworn to before me on this 31 day of October, 2007

_____
BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

_____
DAVID LEVINE
Server's Lic # 0778982
Invoice•Work Order # 0754251

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382