ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.:        (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,        :

                    Plaintiff,     :

    - v -                        :       DEFAULT JUDGMENT

AUGUSTINE ADESANMI,               :       07 CIV 8737 (JSR)

                    Defendant.    :

------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-07

THIS ACTION having been commenced by the filing of a complaint and the issuance of a summons on October 10, 2007; a copy of the summons and complaint having been served upon defendant on October 29, 2007, by leaving a copy with a person of suitable age and discretion; proof of such service having been filed with the Clerk of the Court on December 4, 2007; defendant not having appeared, answered or made any motion with respect to the complaint; the time for defendant to appear, answer or make any motion with respect to the complaint having expired, the Clerk of this Court having duly entered the annexed certificate of entry of default of defendant; and sufficient proof having been adduced that defendant is not in the military service of the United States and is not an infant or an incompetent person;

NOW, on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for plaintiff, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff have judgment against defendant in the principal sum $64,309.18, plus $7,278.34, representing interest at the rate of 5.00 percent per annum as of December 7, 2007, together with and costs and disbursements in the sum of $400.00 amounting in all to the sum of $71,987.52, with interest thereafter from the date of judgment as provided by law, and that plaintiff have execution therefor.

Dated: New York, New York

December 11, 2007

_____
UNITED STATES DISTRICT JUDGE